CURRY, PEARSON
& WOOTEN, PLC
Attorneys at Law
814 W. Roosevelt
Phoenix, Arizona 85007
(602) 258-1000 Fax (602) 523-9000

Michael W. Pearson, SBN 016281
mpearson@azlaw.com
docket@azlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Alejandro Rojas, | Case No CV-16-03067-PHX-GMS |
| Plaintiff, | |
| vs. | |
| Federal Aviation Administration; Department of Transportation, | **JOINT STATUS REPORT** |
| Defendants. | |

The Parties, pursuant to this Court's August 26, 2019 Order, hereby provide a *Joint Status Report.*

The parties agree that, after this Court's last ruling on August 26, 2019, there are no remaining issues in this action.

The parties do, however, request, as discussed in the Parties' Joint Notice of Stipulation of Partial Dismissal (Dkt. 84), that this Court enter an order maintaining continuing jurisdiction to enforce the terms of the Settlement Agreement.

/ / /

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

**RESPECTFULLY SUBMITTED** this 3rd day of September, 2019.

**CURRY, PEARSON & WOOTEN, PLC**

*/s/ Michael W. Pearson*
Michael W. Pearson
814 W. Roosevelt St.
Phoenix, AZ 85007
*Attorney for Plaintiff*

*/s/ Kristina L. Morrison  (with permission)*
Kristina Morrison
Assistant U.S. Attorney
Arizona State Bar No. 029646
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTINA MORRISON
Assistant U.S. Attorney
Arizona State Bar No. 029646
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
*Attorneys for Defendants*

*/s/ Christine L. Penick*

2